IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **KIMBERLY BYERS,** | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. 3:12-cv-770-O |
| **J.P. MORGAN CHASE BANK, N.A.** and **WENDI DEMKO,** | § § § § | |
| Defendants. | § § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case (ECF No. 12). Petitioner filed objections (ECF No. 13). The Court has conducted a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The Court finds that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are correct. Accordingly, Petitioner's objections are **OVERRULED**, and the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge as the findings of the Court. Therefore, Plaintiff's Motion to Remand (ECF No. 8) is **GRANTED**, Defendant Chase Bank's Motion to Dismiss (ECF No. 5) is **TERMINATED as moot,** and this case is **REMANDED** to the 134th Judicial District Court, Dallas, County, Texas.

**SO ORDERED** on this **13th day of November, 2012.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE